# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

SALLIE A. SOSHINSKY

              V.             CASE NUMBER: 5:05-CV-891(GHL)

COMMISSIONER OF SOCIAL SECURITY

[ ]     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of plaintiff against defendant, reversing the Secretary's final decision and remanding this case for a de novo hearing pursuant to the fourth sentence of 42 U.S.C. §405(g) according to the Stipulation and Order of the Hon. George H. Lowe filed on May 22, 2006.

DATED:     May 25, 2006

                                                            Clerk of Court

LKB:lmp